# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

United States of America,   Case No. 3:16-cr-143

    Plaintiff,

-vs-   Magistrate Judge Ovington

Katelyn Stephens,

    Defendant.

## ORDER

On oral motion of the Defendant in open court, in accordance with the provisions in Title 18 of the United States Code, § 3161, the Defendant in the above case, Katelyn Stephens, hereby waives her right to a speedy trial in order to be set for a final Pretrial Conference on March 15, 2017. Pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by this extension outweigh the interests of the public and the Defendant in a speedy trial. Therefore, the dates between the date of this waiver and the next scheduled court appearance are to be excluded from the speedy trial calculations under 18 U.S.C. § 3161 (h).

IT IS SO ORDERED.

Date: 1-18-17

_____
United States Magistrate Judge

Defendant: _____

Defense Counsel: Cheryl A. Bennett